**Order filed July 27, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00524-CV

_____

## METROPOLITAN WATER COMPANY, L.P., Appellant

## V.

## BLUE WATER SYSTEM, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 37,412**

## ORDER

Before this court is an emergency motion filed by appellant to stay the trial court's order of July 12, 2021, compelling production of various documents. Appellees have indicated they will file a substantive response promptly. After considering the motion, this court hereby temporarily stays the trial court's order pending resolution of appellant's motion. In the event this court ultimately denies

appellant's motion, it will issue an order directing compliance with the trial court's July 12, 2021 order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.